■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. GERARD CLARK, Appellant, v DEAN RILEY, Respondent. [614 NYS2d 234] — In a habeas corpus proceeding, the petitioner appeals from a judgment of the Supreme Court, Dutchess County (Beisner, J.), entered January 24, 1992, which dismissed the proceeding without a hearing.

Ordered that the judgment is affirmed, without costs or disbursements.

Since all of the petitioner's contentions could have been reviewed on a direct appeal from his judgment of conviction, they are not subject to review by a habeas corpus proceeding *(see, People ex rel. Govan v Waldron,* 175 AD2d 820). The proceeding was, therefore, properly dismissed without a hearing *(see, People ex rel. Morgan v Berry,* 149 AD2d 752; *People ex rel. McNair v Bantum,* 123 AD2d 800). Furthermore, the facts of this case do not indicate that there was a violation of the petitioner's fundamental constitutional rights which would warrant a departure from traditional and orderly proceedings *(People ex rel. Keitt v McMann,* 18 NY2d 257, 262). Thompson, J. P., Rosenblatt, Ritter, Friedmann and Krausman, JJ., concur.